# United States District Court
## Southern District of Georgia

ANGEL MANUEL MACIAS AVILES,

Petitioner,

v.

WARDEN, FCI YAZOO CITY (Medium),

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 322-126

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated January 17, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Therefore, Respondent's motion to dismiss is granted, the petition filed pursuant to 28 U.S.C. § 2241 is dismissed without prejudice, and this civil action stands closed.



January 17, 2023
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*